FILED

03/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0670

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.: DA 22-0670

360 Reclaim, LLC, a Montana limited liability company,

Plaintiff and Appellee,

v.

WILLIAM M. RUSSELL, an individual, and
MOUNTAIN VIEW INVESTMENTS, LC,
an Idaho limited liability company,

Defendants and Appellants.

WILLIAM M. RUSSELL,

Plaintiff and Appellant

v.

360 RECLAIM, LLC, a Montana limited liability company,

Defendant, Counter-Plaintiff and Third-Party Plaintiff
and Appellee,

v.

WILLIAM M. RUSSELL,
Counter-Defendant and Appellant,

and

US TREASURY by and through the INTERNAL REVENUE SERVICE,

Third-Party Defendants.

On Appeal from the Eleventh Judicial District Court, Flathead County
Cause No.:  DV-15-2019-305-B

[1]

**ORDER GRANTING APPELLEE 360 RECLAIM, LLC's
MOTION FOR EXTENSION OF TIME
(UNOPPOSED)**

Based on Appellee 360 RECLAIM, LLC's Unopposed Motion for Extension of Time to file its Response Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee has up to and including, May 1, 2023 to file its Response Brief in response to Mountain View Investments, L.C.'s Opening Brief pursuant to Mont.R.App.P. 26(1).

[2]

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2023